UNITED STATES of America,

v.

Ifedoo Noble ENIGWE a/k/a "Damien" Ifeddo Noble Enigwe, Appellant.

No. 02–3343.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) June 30, 2003.

Decided July 15, 2003.

Before: SLOVITER, AMBRO and BECKER, Circuit Judges.

OPINION

AMBRO, Circuit Judge.

In 1992, Ifedoo Noble Enigwe was convicted on four counts relating to heroin trafficking. He was subsequently sentenced, *inter alia,* to 235 months imprisonment and 5 years supervised release. After the Supreme Court decided *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Enigwe filed a *habeas corpus* petition under 28 U.S.C. § 2255. On June 21, 2001, the District Court denied Enigwe's petition, concluding that *Apprendi* does not apply retroactively to cases on collateral review. After our Court decided *United States v. Vasquez,* 271 F.3d 93 (3d Cir.2001), and *United States v. Barbosa,* 271 F.3d 438 (3d Cir. 2001), Enigwe filed a motion for reconsideration. On July 30, 2002, the District

Court denied Enigwe's motion but granted him a certificate of appealability on the issue whether "his trial and/or sentence violated the rule of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000)."

The issue raised in this appeal is whether *Apprendi* applies retroactively to cases on collateral review. Two very recent decisions have concluded that *Apprendi* does not so apply. *United States v. Swinton,* 333 F.3d 481 (3d Cir.2003); *see also United States v. Jenkins,* 333 F.3d 151 (3d Cir.2003). Following these opinions (as we must absent *en banc* reversal), we affirm the order of the District Court denying Enigwe's motion.